**FILED**

06/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE No. DA 20-0190

| | |
|---|---|
| STATE OF MONTANA, <br><br> Plaintiff and Appellee, <br><br> v. <br><br> CHERYL HREN and <br> JEFFRY NELSON, <br><br> Defendants and Appellants. | **ORDER** |

Appellants, by counsel, have filed a motion for extension of time to file the reply brief. Good cause appearing,

IT IS HEREBY ORDERED that the motion for extension of time is GRANTED. Appellants have until July 30, 2021, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 17 2021